IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE CAMPBELL,** | **Civil No. 1:22-cv-1486** |
| Petitioner, | |
| | **(Judge Sylvia H. Rambo)** |
| v. | |
| **WARDEN FCI SCHUYLKILL,** | |
| Respondent. | |

# **O R D E R**

AND NOW, this 24th day of July, 2023, upon consideration of Magistrate Judge Martin Carlson's Report and Recommendation (Doc. 13), to which no objections have been filed, and the court having satisfied itself that there is no clear error on the face of the record,[1] Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error), **IT IS HEREBY ORDERED** as follows:

1) The Report and Recommendation (Doc. 13) is **ADOPTED**;

---

[1] Objections to the Reports and Recommendations were due by June 15, 2023. On June 13, 2023, the court received a letter from Petitioner indicating that he is unable to respond to the Report and Recommendation due to a recent head surgery and asking the court to either grant him an extension or rule in his favor. Following an independent review of the record and upon a careful consideration of the Report and Recommendation, the court is satisfied that it contains no clear error and will therefore adopt the recommendation to transfer this case to the Eastern District of New York out of an abundance of caution. Because the court finds this ruling to be in Petitioner's favor, it need not wait for his response.

2)  The Clerk of Court is directed to **TRANSFER** the above action to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 1404 so that court may address the merits of this claim; and

3)  The Clerk of Court shall mark this case **CLOSED** in this court.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
